**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-62051-RAR**

**HOWARD COHAN**,

      Plaintiff,

v.

**D2HM INVESTMENTS, LLC,**
**a Florida Limited Liability Company**
**d/b/a CAMBRIA SUITES FT. LAUDERDALE**,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on November 24, 2020. [ECF No. 13]. The parties discussed the claims at issue and advised the Court that they have reached a settlement in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**